**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Miguel Angel GUTIERREZ-AGUILAR, a.k.a. Miguel Gomez, a.k.a. Hugo Gutierrez-Gutierrez, a.k.a. Miguel Gomez-Garcia, Defendant-Appellant.**

No. 15-10506
15-10507

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 03, 2016

Ryan P. DeJoe, Assistant U.S. Attorney, Lauren G. LaBuff, Assistant U.S. Attorney, Tucson, AZ, for Plaintiff-Appellee.

Matthew J. McGuire, Patagonia, AZ, for Defendant-Appellant.

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**MEMORANDUM \*\***

In these consolidated appeals, Miguel Angel Gutierrez-Aguilar appeals the 46-month sentence imposed following his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326, and the 15-month consecutive sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gutierrez-Aguilar contends that the district court procedurally erred by failing to (1) consider the 18 U.S.C. § 3553(a) sentencing factors, (2) address his nonfrivolous mitigating arguments, and (3) explain the sentence adequately. We review for plain error, *see United States v. Valencia–Barragan,* 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the district court considered the section 3553(a) factors and Gutierrez-Aguilar's mitigating arguments, and explained the sentence sufficiently. *See Rita v. United States,* 551 U.S. 338, 357–59, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007); *United States v. Carty,* 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

Gutierrez-Aguilar also contends that the 61-month aggregate sentence is substantively unreasonable. The district court did not abuse its discretion. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The aggregate within-Guidelines sentence is substantively reasonable in light of the relevant sentencing factors and the totality of the circumstances, including Gutierrez-Aguilar's criminal and immigration history. *See id.*

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.